# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN TEMPLE DISCIPLES OF CHRIST, | ) ) ) |
| Plaintiff, | ) Case No. ) ) |
| | ) LC Case No. 14CV184854 |
| v | ) Hon. John R. Miraldi ) |
| TRAVELERS INDEMNITY COMPANY, LEXINGTON INSURANCE COMPANY, CONSTITUTION STATE SERVICES, LLC, UNITED CHURCH INSURANCE ASSOCIATION, INSURANCE BOARD PARTNERS IN PROTECTION UCC, DISCIPLES, PRESBYTERIAN, CERTAIN UNDERWRITERS AT LLOYDS, AXIS SPECIALTY INSURANCE COMPANY and JOHN DOES (1-5), | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL BASED ON DIVERSITY OF CITIZENSHIP

**NOW COMES** Defendant, Lexington Insurance Company ("Lexington"), by and through their attorneys, The Chartwell Law Offices LLP, and pursuant to 28 U.S.C.A. §1441, hereby files this Notice of Removal of a cause of action filed in the Lorain County Common Pleas Court of the State of Ohio entitled, *Christian Temple Disciples of Christ v. Travelers Indemnity Company, Lexington Insurance Company, Constitution State Services, LLC, United Church Insurance Association, Insurance Board Partners in Protection UCC, Disciples, Presbyterian, Certain Underwriters at Lloyds, Axis Specialty Insurance Company and John Does (1-5)*, Case No. 14CV184854, and states:

1.	This action was commenced in the Lorain County Common Pleas Court on October 28, 2014 and process as well as the initial pleading setting forth the claim for relief upon which the action is based, was first served on Defendant Lexington on November 4, 2014.

2.	The action is a civil action for breach of contract and pursuant to 28 U.S.C.A §1332(a)(1).  This Court has original jurisdiction over the matter by reason of the diversity of citizenship of the parties. Plaintiff is incorporated in and has its principal place of business in Ohio (**Exhibit 1**, **Complaint ¶ 1**), Defendant Lexington Insurance Company is incorporated in the State of Delaware and have their principal place of business in the State of Massachusetts; Defendants Travelers Indemnity Company and Constitution State Service, LLC are incorporated in and have their principal place of business in the State of Connecticut; United Church Insurance Association is incorporated in the State of California and its principle place of business is in Ohio; Insurance Board Partners in Protection UCC, Disciples, Presbyterian is a d/b/a of defendant United Church Insurance Association; Certain Underwriters at Lloyds are surplus lines insurers authorized by the State of Ohio who are not citizens of Ohio; Axis Specialty Insurance Company is incorporated in and its principle place of business is in the State of Connecticut

3.	The amount in controversy exceeds $75,000.00, exclusive of interest and costs (**Exhibit 2)**

3.	A copy of all process, pleadings, and orders served upon Defendant as well as a Proof of Service of written notice of this Notice of Removal to all adverse parties and a copy of same being filed with the clerk of the State court is being filed with this notice as required by 28 USC §1446(a) and (d) (**Exhibit 1** and **Exhibit 3**).

4.	The undersigned has conferred with counsel for the other Defendants named in this matter and understands that all consent to this Removal.

RESPECTFULLY SUBMITTED,

_____
Nicholas A. Pasciullo, Esquire
Ohio Bar No.: 0074555
THE CHARTWELL LAW OFFICES, LLP
409 Broad Street
Pittsburgh, PA 15143
412-551-4970
npasciullo@chartwelllaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on December 2, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

CHRISTIAN TEMPLE DISCIPLES OF CHRIST
Dimitrios S. Pousoulides, Esquire
931 N. Main Street, Suite 201
N. Canton, OH 44720
dimitrio@bright.net

CONSTITUTION STATE SERVICES LLC
44 Bedford Street
Middleborough, MA 02344

TRAVELERS INDEMNITY COMPANY
Michele A. Chapnick, Esquire
Gregory and Meyer, P.C.
340 E. Big Beaver Rd., Ste 520
Troy, MI 48083
mchapnick@gregorylaw.com

**LORAIN COUNTY CLERK OF THE COURT OF COMMON PLEAS**
Lorain County Justice Center, 1st Floor
Civil Division, Room 105
225 Court Street
Elyria, OH 44035

AXIS SPECIALTY INSURANCE COMPANY
50 W. Broad Street, Suite 1800
Columbus, OH 43215

UNITED CHURCH INSURANCE ASSOCIATION AND INSURANCE BOARD PARTNERS IN PROTECTION UCC, DISCIPLES, PRESBYTERIAN
Jeffrey Pollock, Esquire
McDonald Hopkins
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
jpollock@mcdonaldhopkins.com

_____
Nicholas A. Pasciullo, Esquire
Ohio Bar No.: 0074555
THE CHARTWELL LAW OFFICES, LLP
409 Broad Street
Pittsburgh, PA 15143
412-551-4970
npasciullo@chartwelllaw.com