Stipulation to remand approved 1/7/15. This case is remanded to Lorain County Court of Common Pleas.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTIAN TEMPLE DISCIPLES OF CHRIST, Plaintiff, | )<br>)<br>) |
| v. | ) |
| TRAVELERS INDEMNITY COMPANY ET AL.; LEXINGTON INSURANCE COMPANY; CONSTITUTION STATE SERVICES LLC; UNITED CHURCH INSURANCE ASSOCIATION; INSURANCE BOARD PARTNERS IN PROTECTION UCC, DISCIPLES, PRESBYTERIAN; CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBING TO POLICY NUMBERS 015048955, B080111865U12, B080114784U12, B080114785U12 and/or 084543360; AXIS SPECIALTY INSURANCE COMPANY STATUTORY AGENT: CSC-LAWYERS INCORPORATING SERVICE; JOHN DOES (1-5) (insurance company(ies) - whose actual name is unknown and whose name and address Plaintiff could not discover), Defendants. | )<br>)<br>) CASE NO: 1:14-cv-02630-JG<br>)<br>) JUDGE: JAMES S. GWIN<br>)<br>) MAGISTRATE: NANCY A.<br>) VECCHIARELLI<br>)<br>)<br>) STIPULATION TO REMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED |

## STIPULATION TO REMAND

AND NOW, come the Parties, through their respective attorneys and submit the following Stipulation:

1. The Parties agree to Remand this action to the Court of Common Pleas of Lorain County, Ohio.

2. The Parties further agree that this Stipulation does not constitute an admission by Defendants of the averments in Plaintiff's Motion to Remand.

RESPECTFULLY SUBMITTED: